HARVEY FIKES, Respondent, *v.* JOHN BOUCK, Appellant.

(Submitted December 16, 1890; decided January 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order

made May 3, 1887, which affirmed a judgment in favor of plaintiff entered upon a report of a referee.

.  *William J. Kernan* and *Francis Kernan* for appellant.

*Wendell & Van Deusen* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.    · ·